UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL METTING, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TIERRA LEASE SERVICE, LLC, JOSEPH NEWBERRY, LESLIE NEWBERRY, FRANK STABLER, JUAN CHAPA, JOHN CHAPA, and TOMMY TISE,<br><br>Defendants. | § § § § § § § § § § § § § § | C.A. No. 5:17-cv-0044 |

## ORDER GRANTING AGREED MOTION TO APPROVE SETTLEMENT

Pending before this Court is the Parties' Agreed Motion to Approve Settlement ("Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists for approving the FLSA settlement and dismissing this case with prejudice. Accordingly, the Motion is hereby GRANTED.

Signed on this 17Th day of August, 2018.

_____
HON. DAVID A. EZRA
CHIEF U.S. DISTRICT JUDGE